UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Benildo Jose CUEVAS CORDERO,<br><br>                                    Petitioner,<br><br>v.<br><br>Jeremy CASEY, et al.,<br><br>                                    Respondents. | Case No.:  26-cv-1793-AGS-BJW<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE** |

Petitioner Benildo Cuevas Cordero seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. The government "does not oppose the petition and defers to the Court on the appropriate relief." (ECF 5, at 3.)

Thus, the habeas petition is **GRANTED**. All pending hearings and deadlines are vacated. Respondents must immediately release petitioner.

Dated:  March 30, 2026

_____

Hon. Andrew G. Schopler
United States District Judge

1

26-cv-1793-AGS-BJW